CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
  *burrow@caldwell-leslie.com*
BENJAMIN B. AU, State Bar No. 237854
  *au@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California  90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff
GOUSSON-CONSULTADORIA e
MARKETING S.r.L, TOD'S S.p.A.,

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GOUSSON-CONSULTADORIA e MARKETING S.r.L, TOD'S S.p.A., <br><br>Plaintiffs,<br><br>v.<br><br>CLARE VIVIER; CLARE VIVIER, LLC; CLARE VIVIER, INC., and CLARE VIVIER, THE SHOP, LLC,<br><br>Defendants. | Case No. 12-CV-10373-DMG (PLAx)<br><br>**ORDER RE DISMISSAL OF ACTION [15]** |

1   Upon stipulation of the parties, and good cause appearing, the Court hereby
2 orders that all claims in the above-captioned action are dismissed with prejudice.
3 Each party is to bear its own fees and costs.
4
5   IT IS SO ORDERED.
6
7 DATED:   October 2, 2013
8   _____
    DOLLY M. GEE
    United States District Judge